**Henry CAMPBELL, Jr., Appellant, v. STATE of Texas, Appellee.**

**No. 24706.**

Court of Criminal Appeals of Texas.

March 15, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is murder; the punishment, two years' confinement in the penitentiary.

The appellant moves to withdraw his appeal and had filed his personal affidavit supporting the motion.

The motion is granted and the appeal dismissed at appellant's request.

Opinion approved by the Court.